**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :     16 CR 272(VM)
          -against-                      :     ORDER
                                         :
ANGEL VILLAFANE,                         :
                                         :
                    Defendant.           :
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2021
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the status conference on the violations of supervised release in the above-referenced matter currently scheduled for February 19, 2021 is hereby rescheduled to February 18, 2021 at 11 a.m.

In light of the ongoing public health emergency, the conference shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          9 February 2021

                                    _____
                                    Victor Marrero
                                    U.S.D.J.