```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :    **16 CR 272 (VM)**
                                  :
        -against-                 :
                                  :         **ORDER**
ANGEL VILLAFANE,                  :
                                  :
              Defendant.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the status conference on the violations of supervised release in the above-referenced matter currently scheduled for Thursday, February 19, 2021 is hereby rescheduled to Friday, March 5, 2021 at 2:00 P.M.

In light of the ongoing public health emergency, the conference shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          17 February 2021

_____
Victor Marrero
U.S.D.J.