```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    16 CR 272
                                   :    21 CR 093
        -against-                  :       ORDER
                                   :
ANGEL VILLFANE,                    :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the conference in this matter scheduled for Friday, September 24, 2021 at 1:30 P.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         22 September 2021

_____
Victor Marrero
U.S.D.J.