**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/22
```

UNITED STATES OF AMERICA,

   -against-

ANGEL VILLAFANE,

    Defendant.

**16 CR 272 (VM)**
**21 CR 93 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, U.S.D.J.:**

  The parties request the status conference previously scheduled for April 1, 2022, be adjourned for forty-five days. (Dkt. No. 27.) The conference shall be adjourned to May 20, 2022, at 1:00 p.m.

  The parties consent to exclusion of time under the Speedy Trial Act from April 4, 2022 through the next adjournment. It is hereby ordered that time from April 4, 2022, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: April 5, 2022
   New York, New York

                _____
                Victor Marrero
                U.S.D.J.