**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

ANGEL VILLAFANE,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/22

**16 CR 272 (VM)**

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the status conference scheduled for Friday, May 20, 2022, at 1:00 p.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839219.

**SO ORDERED.**

Dated: May 19, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.