**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2023
```

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br> - against - <br><br> ANGEL VILLAFANE, <br><br>                    Defendant. | **16 Crim. 272 (VM)** |
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br><br> - against - <br><br> ANGEL VILLAFANE & JASON RIVERA, <br><br>                    Defendants. | **21 Crim. 093 (VM)** <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

　　The conference scheduled for August 18, 2023, is hereby adjourned to October 27, 2023, at 9:30 a.m.

　　All parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until October 27, 2023.

　　It is hereby ordered that time until October 27, 2023, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

2

**SO ORDERED.**

Dated:    August 17, 2023
          New York, New York

                                            _____
                                                 Victor Marrero
                                                    U.S.D.J.